NUMBER 13-04-677-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________

HALLIBURTON ENERGY SERVICES, INC. 
D/B/A HALLIBURTON F/K/A HALLIBURTON 
LOGGING SERVICES, INC. AND HLS (INTL) 
HOLDINGS, INC.,                                                              Appellant,

v.

DANIEL SILVA,                                                                  Appellee.
____________________________________________________________________

On appeal from County Court at Law No. 1 
of Hidalgo County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Memorandum Opinion Per Curiam

         Appellant, HALLIBURTON ENERGY SERVICES, INC. D/B/A HALLIBURTON F/K/A
HALLIBURTON LOGGING SERVICES, INC. AND HLS (INTL) HOLDINGS, INC.,
attempted to perfect an appeal from an order entered by County Court at Law No. 1
of Hidalgo County, Texas, in cause number 43,728-A. After the clerk’s record was
received, the parties filed a joint motion to dismiss the appeal. In the motion, the
parties state that they have reached a final settlement agreement in this case. The
parties request that this Court dismiss the appeal.
         The Court, having considered the documents on file and the joint motion to
dismiss the appeal, is of the opinion that the motion should be granted. The joint
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Memorandum Opinion delivered and filed this
the 7th day of April, 2005.